IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TROY PONTON, | ) |
|            Plaintiff, | ) Civil Action No. 02 - 138J |
|     v. | ) Magistrate Judge Lisa Pupo Lenihan |
| JOAN BAILEY, et al, | ) |
|            Defendants. | ) |

### ORDER

Pursuant to the Court's oral direction at the conclusion of the evidentiary hearing held November 9, 2006,

IT IS ORDERED this 29th day of November, 2006, that the Court Reporter file the transcript of the November 9, 2006 evidentiary hearing.

IT IS FURTHER ORDERED that the cost of the transcript be divided evenly between the Plaintiff and the Defendants.

IT IS FURTHER ORDERED that all parties make payment arrangements with the Court Reporter within 7 days of the date of this order.

                                                                     Lisa Pupo Lenihan
                                                                     United States Magistrate Judge

cc:    All counsel of record.